

P50122/S. Rudolph

**STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

**MEMORANDUM**

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Shevell Rudolph, United States Probation Officer |
| **RE:** | Jacqueline White |
| **DATE:** | April 2, 2008 |

08 CRIM 311

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On August 7, 2007 the above-named individual was sentenced in the Eastern District of Pennsylvania outlined in the attached J & C.

In March 05, 2008, we received the Prob. 22's endorsed by the Honorable Norma L. Shapiro, U.S. District Court Judge, ordering Ms. White's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5105.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *Shevell Y. Rudolph*
Shevell Y. Rudolph
U.S. Probation Officer